George STACK, Appellant,

v.

STATE of Missouri, Respondent.

No. 54115.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 3, 1989.

Application to Transfer Denied May 16, 1989.

Colleen Dolan, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

This is an appeal from the trial court's judgment on a Rule 27.26 motion. The findings and conclusions of the trial court are not clearly erroneous. Rule 29.15(j).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).